# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1495. JOSE MARTIN ISLAS v. THE STATE.**

Jose Martin Islas was convicted of cruelty to children in the first degree and related crimes. We affirmed the convictions on appeal. *Islas v. State*, Case No. A25A0253 (Apr. 25, 2025). Islas filed a motion to correct void sentence, which the trial court denied on October 16, 2025. He filed a motion for reconsideration of the October 16 order, which the court denied on December 5, 2025. Islas filed a notice of appeal on December 22, 2025. We lack jurisdiction.

The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). The notice of appeal here, filed 67 days after entry of the October 16 order, is untimely as to that order. See OCGA § 5-6-38(a) (notice of appeal must be filed within 30 days after entry of the order challenged). Further, the denial of a motion for reconsideration is not itself appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510–11 (536 SE2d 187) (2000). Thus, the motion for reconsideration here did not extend the time to appeal the October 16 order, and the denial of the motion for reconsideration

is not appealable. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __04/09/2026_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*